

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2020

No. 04-19-00844-CV

**IN THE INTEREST OF C.C.,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-53
The Honorable Selina Nava Mireles, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On April 22, 2020, this cause was set for on briefs submission on May 13, 2020 before a panel consisting of Justice Alvarez, Justice Chapa, and Justice Watkins. It is **ORDERED** that this submission date is **WITHDRAWN**. This appeal will be set for submission at a later date.

It is so **ORDERED** on April 29, 2020.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz
Clerk of Court